# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135526

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RONELL CLAY WEATHERSPOON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135526
COA: 281347
Bay CC: 06-010498-FH

     On order of the Court, the application for leave to appeal the November 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

t0317

_____
Clerk